**Earl Harold RIDDELL, Respondent,**

v.

**Julie Ann DECKER, Appellant.**

**No. WD 34529.**

Missouri Court of Appeals,
Western District.

Oct. 18, 1983.

**802**

Charles W. Nichols, Kansas City, for appellant.

Patrick J. Eng, Columbia, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

This is a direct appeal from a judgment modifying a decree of dissolution.

The judgment is affirmed. Rule 84.16(b).